```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
SHAVONNA RODRIGUEZ,                                            :
:
:
Plaintiff,   :
:           1:25-cv-1234-GHW
:
-against-                                 :
:               ORDER
:
UBER TECHNOLOGIES, INC, *et al.*,                              :
:
Defendants.   :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    This action was removed from the Supreme Court of the State of New York, Bronx County, on February 11, 2025. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than February 25, 2025.

    SO ORDERED.

Dated: February 20, 2025
New York, New York

                                                               _____
                                                              GREGORY H. WOODS
                                                           United States District Judge