```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                            :
SHAVONNA RODRIGUEZ,                :
                                            :
                                     Plaintiff,   :
                                            :              1:25-cv-1234-GHW
                       -against-                    :
                                            :                     <u>ORDER</u>
UBER TECHNOLOGIES, INC, *et al.*,     :
                                            :
                                    Defendants.   :
                                            :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        For the reasons stated on the record during the conference held on March 20, 2025, the deadline for Defendants Perry Cann and QLR Five LLC ("Defendants") to answer or otherwise respond to the operative complaint is extended to April 7, 2025. Counsel for Defendants is directed to promptly file a notice of appearance in this case.

        SO ORDERED.

Dated: March 20, 2025
          New York, New York

                                                                       _____
                                                                         GREGORY H. WOODS
                                                                    United States District Judge