```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                      :

SHAVONNA RODRIGUEZ,                 :

                                     Plaintiff,    :          1:25-cv-1234-GHW

                -against-                :          ORDER

UBER TECHNOLOGIES, INC, *et al.*,  :

                                Defendants.  :

------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       On March 20, 2025, the Court issued an order directing counsel for defendants Perry Cann and QLR Five LLC to "promptly file a notice of appearance in this case." Dkt. No. 17 at 1. No such notice of appearance has been filed. Counsel for defendants Perry Cann and QLR Five LLC is directed to file a notice of appearance in this case forthwith, and in no event later than July 24, 2025.

       Counsel for defendants Uber Technologies, Inc. and Uber U.S.A., LLC is directed to email a copy of this order to counsel for Perry Cann and QLR Five LLC.

       SO ORDERED.

Dated: July 23, 2025
       New York, New York

                                                            _____
                                                                GREGORY H. WOODS
                                                           United States District Judge