```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/24/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

SHAVONNA RODRIGUEZ,

                              Plaintiff,

                 -against-

UBER TECHNOLOGIES, INC., *et al.*,

                        Defendants.

-------------------------------------------------------------- X

1:25-cv-1234-GHW

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

      As stated on the record during the conference held on July 24, 2025, Plaintiff is ordered to provide full and complete responses the discovery requests described in the July 22, 2025 letter submitted by Defendants Uber Technologies, Inc. and Uber USA, LLC, Dkt. No. 19, by no later than July 25, 2025.

      SO ORDERED.

Dated:  July 24, 2025
       New York, New York

                              _____
                                GREGORY N. WOODS
                            United States District Judge